UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW RAY FREEMAN,<br>　　　　Plaintiff,<br>　　v.<br>NANCY A. BERRYHILL,<br>　　　　Defendant. | Case No. 4:17-cv-02279-KAW<br><br>**ORDER TO SHOW CAUSE** |

　　　　Plaintiff commenced this social security action on April 24, 2017. (Dkt. No. 1.) On April 24, 2017, the court issued a scheduling order requiring Plaintiff to file a motion for summary judgment or motion for remand within 28 days of being served with Defendant's answer. (Dkt. No. 3.) The answer and administrative record were filed on December 14, 2017. (Dkt. Nos. 12 & 13.) Thus, Plaintiff's motion for summary judgment or motion for remand was due by January 11, 2018. Although the applicable deadlines have long passed, Plaintiff has not filed a motion for summary judgment or motion for remand, nor has he sought relief from the deadline.

　　　　Accordingly, IT IS HEREBY ORDERED that, by no later than **April 27, 2018**:

　　　　1.　　Plaintiff shall respond to this order to show cause by explaining why this case should not be dismissed for failure to comply with the deadline to file the motion for summary judgment or seek relief from the procedural order deadline.

　　　　2.　　Plaintiff shall file a motion for summary judgment or motion for remand.

　　　　Failure to file both documents may result in the case being dismissed for failure to prosecute.

　　　　IT IS SO ORDERED.

Dated: March 27, 2018

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge